UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE OPERATING ENGINEERS
LOCAL 324 FRINGE BENEFIT FUNDS,

        Plaintiff,

vs.

BUILDING IMAGES, INC., a Michigan
corporation, and VERNE WESTRICK, JR.,
individually, jointly and severally,

        Defendants.

Case No. 2:08-cv-12428
Honorable: Sean F. Cox
Magistrate: Donald A. Scheer

_____
FINKEL WHITEFIELD SELIK
By: Richard M. Selik (P-24276)
And:   Stephen D. Kursman (P37902)
Attorneys for Plaintiff
32300 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-1567
(248) 855-6500
_____

## ORDER FOR SUBSTITUTED SERVICE BY POSTING

    At a session of said Court, held in the U.S. District Court,
Detroit, Michigan on   July 28, 2008   

       PRESENT:   HON:       Sean F. Cox
              U.S. DISTRICT COURT JUDGE

    Plaintiff's Verified Motion for Substituted Service by Posting having been filed

and reviewed, and the Affidavit of the Process Server filed in support of said Motion

having been considered, the Court finds that Plaintiff is unable to serve Defendants,

Building Images, Inc. and Verne Westrick, Jr.

1

IT IS ORDERED that the Summons and Complaint in this matter may be served on Defendants, Building Images, Inc. and Verne Westrick, by posting a copy of the Order in the United States District Courthouse for three continuous weeks.

IT IS FURTHER ORDERED that the Summons and Complaint in this matter shall also be served on Defendants, Building Images, Inc. and Verne Westrick, Jr., by posting a copy on the wall in front of the door at the individual Defendants' last known current addresses of 3800 King Road, China, Michigan 48054, and 6110 Tidewater Island Circle, Ft. Myers, Florida 33908.  Also, by sending true copies to the attention of Defendants, Building Images, Inc. and Verne Westrick, Jr, at their respective last known addresses (3800 King Road, China, Michigan 48054, 6110 Tidewater Island Circle, Ft. Myers, Florida 33908, and P.O. Box 358, St. Clair, Michigan 48079) by certified and regular mail before the last week of posting.

IT IS FURTHER ORDERED that posting service shall be done by a sheriff, deputy sheriff, bailiff, court officer or police officer pursuant to MCR 2.103(B).

s/ Sean F. Cox_____
U.S. DISTRICT COURT JUDGE

R:\56070.014\ORDER SUB SERV.DOC